United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| SHILONG LIU, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION No. L-26-357 |
| | § | |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. D.E. 1. Petitioner challenges the constitutionality of his detention in federal immigration custody. On August 11, 2026, Respondents submitted a pleading informing the Court that petitioner had been removed from the United States to China on March 24, 2026, pursuant to a final order of removal. D.E. 14.

Petitioner has been removed from the United States and is no longer in custody. The relief requested is no longer available and the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 12th day of August, 2026.

.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE